

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEPHEN TAYLOR STAGE                                      CIVIL ACTION

VERSUS                                                    NO. 05-4064

MARLIN GUSMAN, ET AL                                      SECTION "F"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Stephen Tyler Stage's Title 42 U.S.C. § 1983 complaint against the defendants, Marlin Gusman, Orleans Parish Criminal Sheriff; A. Lewis, C. Thorne, Chief Bordelon; John Doe, attorney; John Doe, paralegal is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 18th day of MAY, 2007.

UNITED STATES DISTRICT JUDGE